# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2021-0163, <u>State of New Hampshire v. Jay Neeper</u>, the court on January 31, 2023, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order.  <u>See</u> <u>Sup. Ct. R.</u> 20(2).  The defendant, Jay Neeper, appeals an order of the Superior Court (<u>Howard</u>, J.) related to his request for a transcript from a December 17, 2007 hearing on his motion for a mistrial.  Because the defendant now has the transcript at issue, any appeal argument he has regarding his inability to obtain it is moot, and we dismiss the appeal as moot.  We decline to address the defendant's arguments raised for the first time on appeal regarding the merits of the trial court's 2007 decision to grant the motion for a mistrial and his allegations that his 2007 trial counsel rendered constitutionally ineffective assistance because they are not properly before us.

<u>Dismissed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**